### Case No. 13,617.

#### SUNDERLAND v. BAKER.

[Cited in Mattocks v. Baker, 2 Fed. 455, 459. Nowhere reported; opinion not now accessible.]